# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR08-4054-MWB |
| Plaintiff, | |
| vs. | **ORDER** |
| LASHAWN JOYCE HALEY, | |
| Defendant. | |

___

This matter comes before the court on the defendant's motion to reconsider (docket no. 47). The defendant filed such motion on June 11, 2015. The defendant states nothing that leads the court to a different determination. The court correctly determined that it could not rely on Amendment 782 (subject to subsection (e)(1)) to reduce the defendant's sentence. Indeed, USSG §1B1.10(b) and the corresponding commentary limit the extent of the reduction that the court may grant. If the government did not make a motion to reflect a defendant's substantial assistance, the court may not reduce a defendant's sentence to a term of imprisonment that is less than the minimum of the amended guideline range. Because the court did not make a mistake, the defendant's motion to reconsider (docket no. 47) is denied.

**IT IS SO ORDERED**.

**DATED** this 20th day of July, 2015.

_____
MARK W. BENNETT
U. S. DISTRICT COURT JUDGE
NORTHERN DISTRICT OF IOWA